# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

SHERRY L. CARPENTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:18-cv-1250
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 24, 2019. (ECF No. 16.) The time for filing objections has passed, and Plaintiff has not objected. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **OVERRULES** the Plaintiff's Statement of Errors (ECF No. 9) and **AFFIRMS** the Commissioner of Social Security's decision. The Court **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

8-7-2019
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE